**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number    2023-CA-1358

Jamie LaBranche

- - Versus - -

Louisiana Department of Justice A.G. Elizabeth Murrill

19th Judicial District Court
Case #: 710950
East Baton Rouge Parish

On Application for Rehearing filed on   08/27/2024  by Jamie LaBranche

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date   **SEP 1 0 2024**
_____

_____
Rodd Naquin, Clerk